IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MALIK MAKKALI a/k/a GARY CLOIRD**  **PETITIONER**
**ADC #99357**

v.   CASE NO. 5:13CV00201 BSM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## ORDER

The proposed findings and recommended disposition from United States Magistrate Judge H. David Young have been reviewed, along with the objections filed by petitioner. After careful considering these documents and conducting a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in all respects.

It is therefore ordered that petitioner's writ of habeas corpus under 28 U.S.C. § 2254 [Doc. No. 2] is dismissed without prejudice so that he may seek permission from the Court of Appeals to file his petition. It is further ordered that a certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 2nd day of December 2013.

_____
UNITED STATES DISTRICT JUDGE